# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MUELLER, LARRY A.   §   Case No. 10-75914
                           §
                           §
Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/22/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  03/30/2015        By:  /s/JOSEPH D. OLSEN
                                                                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MUELLER, LARRY A. § Case No. 10-75914
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 353,452.86 |
| *and approved disbursements of* | $ 331,159.42 |
| *leaving a balance on hand of* [1] | $ 22,293.44 |
| **Balance on hand:** | $ 22,293.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 22,293.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 20,913.89 | 0.00 | 5,613.67 |
| Trustee, Expenses - JOSEPH D. OLSEN | 1,128.09 | 0.00 | 302.80 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,337.50 | 0.00 | 627.43 |
| Other Expenses: Department of the Treasury | 43,764.00 | 0.00 | 11,747.06 |
| Other Expenses: Illinois Department of Revenue | 14,911.37 | 0.00 | 4,002.48 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 22,293.44 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,146.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,764.31 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 11,793.46 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 16,446.91 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 17,374.23 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 5,591.78 | 0.00 | 0.00 |
| 6 | Gary Wilkinson | 32,782.34 | 0.00 | 0.00 |
| 7 | FIA Card Services, NA/Bank of America | 34,497.68 | 0.00 | 0.00 |
| 8 | Donna J. Gauerke, Trustee of Trust No. 93 | 27,895.84 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Larry A. Mueller  
    Debtor

Case No. 10-75914-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: jclarke     Page 1 of 2     Date Rcvd: Mar 31, 2015  
                      Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2015.

```
db              Larry A. Mueller,    1475 Sweetclover Lane,    Rockford, IL  61107-5446
16488603       +Alpine Bank,    1700 N. Alpine Road,    Rockford, IL 61107-1459
16488605        Capital One,    P. O. Box 6492,    Carol Stream, IL 60197-6492
20311726        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
16488607        Chase,    Cardmember Service,    P. O. Box 15153,    Wilmington, DE 19886-5153
16859804        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16488610        Disney Vacation Club,    P. O. Box 470727,    Kissimmee, FL 34747-0727
17236430       +Donna J Gauerke, Trustee of Trust No. 93,    9290 Easton View Court,    Rockford IL 61107-2981
16488611       +Donna J. Gauerke,    9290 Easton View Court,    Rockford, IL 61107-2981
17240734       +Donna J. Gauerke, Trustee of Trust No. 93,    Holmstrom & Kennedy, P.C.,    800 N. Church Street,
                  Rockford, IL 61103-6978
16488615        GM Master Card,    Customer Center,    P. O. Box 80082,    Salinas, CA 93912-0082
16488613       +Gary Wilkinson,    1475 Sweetclover Lane,    Rockford, IL 61107-5446
22897416        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                  Chicago, Illinois 60664-0338
16488616       +Larry Mueller Inc (dissolved co),    1475 Sweetclover Lane,    Rockford, IL 61107-5446
16488617       +Larry Mueller, LLC,    1475 Sweetclover Lane,    Rockford, IL 61107-5446
16488620       +Legal Helpers Debt Resolution, LLC,    18400 Von Karman, Suite 1100,    Irvine, CA 92612-0517
16488621       +New CO2,    4699 Colt Road,    Rockford, IL 61109-2609
16488622       +Speedy Metals,    4673 Colt Road,    Rockford, IL 61109-2609
16488623        World Points,    Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16488602        E-mail/Text: ally@ebn.phinsolutions.com Apr 01 2015 01:52:46      Ally Bank,    P. O. Box 200,
                  Detroit, MI 48265-2000
16871975        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2015 01:57:01
                  Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
                  Oklahoma City, OK  73124-8839
16488609        E-mail/PDF: mrdiscen@discover.com Apr 01 2015 01:56:11      Discover,    P. O. Box 30943,
                  Salt Lake City, UT 84130
16798450        E-mail/PDF: mrdiscen@discover.com Apr 01 2015 01:56:11      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17208399        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2015 01:57:01
                  FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,
                  PO Box 248809,    Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16488604*      +Alpine Bank,    1700 N. Alpine Rd,    Rockford, IL 61107-1459
16488606*       Capital One,    P. O. Box 6492,    Carol Stream, IL 60197-6492
20311727*       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
16488608*       Chase,    Cardmember Service,    P. O. Box 15153,    Wilmington, DE 19886-5153
17236435*      +Donna J. Gauerke, Trustee of Trust No. 93,    9290 Easton View Court,    Rockford, IL 61107-2981
16488614*      +Gary Wilkinson,    1475 Sweetclover Lane,    Rockford, IL 61107-5446
22897418*       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                  Chicago, Illinois 60664-0338
16488618*      +Larry Mueller, LLC,    1475 Sweetclover Lane,    Rockford, IL 61107-5446
16488619*      +Larry Mueller, LLC,    1475 Sweetclover Lane,    Rockford, IL 61107-5446
16488612      ##+Gary Wilkinson,    3465 High Hampton Circle,    Tampa, FL 33610-9755
                                                                                 TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2015                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: jclarke              Page 2 of 2          Date Rcvd: Mar 31, 2015
                              Form ID: pdf006            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2015 at the address(es) listed below:

```
          Andrew E Houha    on behalf of Creditor    Alpine Bank & Trust Co. bkecfnotices@johnsonblumberg.com
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Jason H Rock    on behalf of Debtor Larry A. Mueller jrock@bslbv.com
          Joseph D Olsen    on behalf of Accountant    Benning Group LLC Jolsenlaw@comcast.net,
           IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com, IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Thomas P. Sandquist    on behalf of Creditor    Alpine Bank & Trust Co. tsandquist@wilmac.com
                                                                                             TOTAL: 8
```