# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MUELLER, LARRY A. § Case No. 10-75914
§
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 30, 2010. The undersigned trustee was appointed on February 16, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 353,452.86

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 317,640.23 |
| Administrative expenses | 11,539.45 |
| Bank service fees | 1,804.65 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 175.09 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] $ | 22,293.44 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/06/2011 and the deadline for filing governmental claims was 05/29/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,913.89. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $5,684.02, for a total compensation of $5,684.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $27.20, for total expenses of $27.20.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2015      By: /s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-75914
**Case Name:** MUELLER, LARRY A.

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 11/30/10 (f)
**§341(a) Meeting Date:** 01/03/11

**Period Ending:** 04/16/15

**Claims Bar Date:** 05/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence at 1475 Sweetclover L, R | 235,000.00 | 0.00 | | 0.00 | FA |
| 2 | Commercial property: 4673-4699 Colt Road (2, uni | 330,000.00 | 0.00 | | 340,000.00 | FA |
| 3 | Time share Disney Vacation | 13,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Personal checking account at Alpine Bank | 27.00 | 0.00 | | 0.00 | FA |
| 6 | Personal checking account at Alpine Bank | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Colt Road rental income account at Alpine Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Donna J. Gauerke Trust/Commercial Landlord | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | 50 inch LED TV | 1,600.00 | 0.00 | | 0.00 | FA |
| 10 | Four TV's; digital camera; personal computer; st | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | Standard wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Gold ring with precious stones | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Treadmill | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential Variable Life Policy with no net cash | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Northwestern Mutual Variable Life Policy with no | 1.00 | 0.00 | | 0.00 | FA |
| 16 | Steel Capital Managment, Inc IRA | 800.00 | 0.00 | | 0.00 | FA |
| 17 | 100% ownership interest in Larry Mueller, LLC | 1.00 | 0.00 | | 0.00 | FA |
| 18 | Larry Mueller, LLC d/b/a Realty Executives ($300 | 1.00 | 0.00 | | 0.00 | FA |
| 19 | Leasehold interest in 2008 Saturn Outlook | 1.00 | 0.00 | | 0.00 | FA |
| 20 | Rents - Speedy Metals/COZ  (u) | Unknown | N/A | | 13,451.22 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.64 | FA |
| 21 | Assets    Totals (Excluding unknown values) | **$588,557.00** | **$0.00** | | **$353,452.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has filed a Motion against the Internal Revenue Service and the State of Illinois to establish their administrative claims in a Chapter 7 so that I may make distribution on the insolvent Chapter 7 estate. That Motion is set for hearing on 1/28/15. If the Trustee receives cooperation from the taxing authorities the final report will be filed shortly thereafter.

Printed: 04/16/2015 08:02 AM    V.13.21

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  

**Period Ending:** 04/16/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/30/10 (f)  
**§341(a) Meeting Date:** 01/03/11  
**Claims Bar Date:** 05/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** March 5, 2015  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  

**Taxpayer ID #:** **-***9185  
**Period Ending:** 04/16/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******23-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/11 | {20} | Speedy Metals, LLC | Mar. rent | 1222-000 | 2,178.93 | | 2,178.93 |
| 03/07/11 | {20} | NuCO2 Supply LLC | rent pymt. | 1222-000 | 2,201.53 | | 4,380.46 |
| 03/10/11 | | To Account #**********2366 | Mortgage pymt. | 9999-000 | | 2,498.51 | 1,881.95 |
| 03/29/11 | {20} | Speedy Metals, LLC | pymt. of utilities (water & garbage) | 1222-000 | 309.84 | | 2,191.79 |
| 03/29/11 | {20} | Speedy Metals, LLC | April rent pymt | 1222-000 | 2,178.93 | | 4,370.72 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 4,370.73 |
| 04/01/11 | | To Account #**********2366 | pymt of  utility invoice (City of Rkfd) | 9999-000 | | 65.05 | 4,305.68 |
| 04/04/11 | {20} | NuCO2 Supply, LLC | mo. pymt for rent | 1222-000 | 2,201.53 | | 6,507.21 |
| 04/08/11 | | To Account #**********2366 | Transfer funds to pay mortgage on commercial bldg. | 9999-000 | | 2,379.53 | 4,127.68 |
| 04/25/11 | {20} | Speedy Metals, LLC | monthly rental pymt. | 1222-000 | 2,178.93 | | 6,306.61 |
| 04/25/11 | | To Account #**********2366 | pymt. of water bill from City of Rkfd | 9999-000 | | 134.31 | 6,172.30 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,172.33 |
| 05/02/11 | {20} | nuc02 supply llc | rent payment | 1222-000 | 2,201.53 | | 8,373.86 |
| 05/02/11 | {20} | nuc02 supply llc | Reversed Deposit Rev. 3  Reversed Deposit 100007 1 rent payment | 1222-000 | 2,201.53 | | 10,575.39 |
| 05/02/11 | {20} | nuc02 supply llc | Reversed Deposit 100007 1 rent payment | 1222-000 | -2,201.53 | | 8,373.86 |
| 05/13/11 | | Chicago Title Insurance Co. | Colt Rd. proceeds | | 17,019.19 | | 25,393.05 |
| | {2} | | 340,000.00 | 1110-000 | | | 25,393.05 |
| | | | payoff to Alpine Bank & Trust       -298,441.64 | 4110-000 | | | 25,393.05 |
| | | | Earnest Money deposit retained by Seller       -2,178.93 | 2500-000 | | | 25,393.05 |
| | | | Proratiaon of rents       -3,956.55 | 2410-000 | | | 25,393.05 |
| | | | 1/1/11-5/411 County taxes       -4,047.39 | 2820-000 | | | 25,393.05 |
| | | | 2010 County taxes       -12,010.55 | 4700-070 | | | 25,393.05 |
| | | | Title charges: Settlement fees       -200.00 | 4110-000 | | | 25,393.05 |
| | | | Title Insurance       -1,350.00 | 4110-000 | | | 25,393.05 |
| | | | Extended coverage       -250.00 | 4110-000 | | | 25,393.05 |
| | | | Recording of Deed       -340.00 | 4800-000 | | | 25,393.05 |
| | | | City/County tax stamps       -170.00 | 4110-000 | | | 25,393.05 |
| | | | Recorder's Office       -35.75 | 2990-000 | | | 25,393.05 |
| 05/13/11 | | To Account #**********2366 | Transfer funds to pay utility invoice | 9999-000 | | 157.51 | 25,235.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 25,235.65 |
| 06/01/11 | | To Account #**********2366 | pay bond premium | 9999-000 | | 20.78 | 25,214.87 |

Subtotals :    $30,470.56    $5,255.69

{} Asset reference(s)

Printed: 04/16/2015 08:02 AM     V.13.21

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  
**Taxpayer ID #:** **-***9185  
**Period Ending:** 04/16/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******23-65 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/11 | {20} | NuCO2 Supply, LLC | mo. pymt for rent | 1222-000 | 2,201.53 | | 27,416.40 |
| 06/07/11 | {20} | NuCO2 Supply, LLC | Reversed Deposit 100009 1 mo. pymt for rent | 1222-000 | -2,201.53 | | 25,214.87 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 25,215.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,215.24 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.36 | 25,166.88 |
| 08/03/11 | | To Account #**********2366 | Transfer funds to pay water invoice - final bill | 9999-000 | | 17.58 | 25,149.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,149.49 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.59 | 25,090.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.73 | 25,092.63 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 25,092.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.56 | 25,041.25 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,041.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.74 | 24,991.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 24,991.88 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.78 | 24,937.10 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,937.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.24 | 24,886.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,886.24 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.40 | 24,831.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.18 | 24,782.66 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.78 | 24,731.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.98 | 24,682.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.64 | 24,627.26 |
| 06/05/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #10-75914, #016018067 | 2300-000 | | 31.25 | 24,596.01 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.74 | 24,547.27 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.65 | 24,493.62 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.86 | 24,441.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.74 | 24,395.02 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.98 | 24,340.04 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.87 | 24,290.17 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.11 | 24,242.06 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 24,242.06 | 0.00 |

Subtotals: $1.49 $25,216.36

{} Asset reference(s)      Printed: 04/16/2015 08:02 AM   V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-75914 | | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| **Case Name:** | MUELLER, LARRY A. | | | **Bank Name:** | The Bank of New York Mellon |
| | | | | **Account:** | ****-******23-65 - Checking Account |
| **Taxpayer ID #:** | **-***9185 | | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 04/16/15 | | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 30,472.05 | 30,472.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 29,515.33 | |
| | | | **Subtotal** | | **30,472.05** | **956.72** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,472.05** | **$956.72** | |

{} Asset reference(s)

Printed: 04/16/2015 08:02 AM    V.13.21

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-75914 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | MUELLER, LARRY A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******23-66 - Checking Account |
| Taxpayer ID #: | **-***9185 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 04/16/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/11 | | From Account #**********2365 | Mortgage pymt. | 9999-000 | 2,498.51 | | 2,498.51 |
| 03/10/11 | 101 | Alpine Bank | Mortgage payment | 4110-000 | | 2,498.51 | 0.00 |
| 04/01/11 | | From Account #**********2365 | pymt of utility invoice (City of Rkfd) | 9999-000 | 65.05 | | 65.05 |
| 04/01/11 | 102 | City of Rockford - Payment Center | pymt. of utility invoice | 2420-000 | | 65.05 | 0.00 |
| 04/08/11 | | From Account #**********2365 | Transfer funds to pay mortgage on commercial bldg. | 9999-000 | 2,379.53 | | 2,379.53 |
| 04/08/11 | 103 | Alpine Bank | pymt. of mortgage on commercial bldg. | 4110-000 | | 2,379.53 | 0.00 |
| 04/25/11 | | From Account #**********2365 | pymt. of water bill from City of Rkfd | 9999-000 | 134.31 | | 134.31 |
| 04/25/11 | 104 | City of Rockford | pymt of water invoice - Colt Road property | 2990-000 | | 134.31 | 0.00 |
| 05/13/11 | | From Account #**********2365 | Transfer funds to pay utility invoice | 9999-000 | 157.51 | | 157.51 |
| 05/13/11 | 105 | Rock River Water Reclamation District | Payment of utility invoice | 8500-002 | | 157.51 | 0.00 |
| 06/01/11 | | From Account #**********2365 | pay bond premium | 9999-000 | 20.78 | | 20.78 |
| 06/01/11 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75914, BOND #016018067 | 2300-000 | | 20.78 | 0.00 |
| 08/03/11 | | From Account #**********2365 | Transfer funds to pay water invoice - final bill | 9999-000 | 17.58 | | 17.58 |
| 08/04/11 | 107 | City of Rockford | pymt of final water bill Acct #066-265400 | 8500-002 | | 17.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,273.27 | 5,273.27 | $0.00 |
| | | | Less: Bank Transfers | | 5,273.27 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,273.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,273.27 | |

{} Asset reference(s) 

Printed: 04/16/2015 08:02 AM    V.13.21

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  
**Taxpayer ID #:** \*\*-\*\*\*9185  
**Period Ending:** 04/16/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0165 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,242.06 | | 24,242.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.18 | 24,204.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.49 | 24,172.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.60 | 24,138.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.03 | 24,101.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.82 | 24,065.94 |
| 06/05/13 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #10-75914, Bond #016018067 | 2300-000 | | 23.09 | 24,042.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.28 | 24,010.57 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 23,972.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.47 | 23,938.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.28 | 23,904.84 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.82 | 23,867.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.04 | 23,834.98 |
| 12/31/13 | 11003 | Benning Group, LLC | pymt of accountants fees per 12/30 order | 3310-000 | | 1,025.00 | 22,809.98 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.71 | 22,772.27 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.14 | 22,738.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.52 | 22,707.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.57 | 22,676.04 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.79 | 22,641.25 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 22,608.69 |
| 06/03/14 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #10-75914, Bond #016018067 | 2300-000 | | 21.35 | 22,587.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.41 | 22,555.93 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.68 | 22,520.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.31 | 22,488.94 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.50 | 22,454.44 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.37 | 22,421.07 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.02 | 22,392.05 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.50 | 22,355.55 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.15 | 22,323.40 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.96 | 22,293.44 |

Subtotals: $24,242.06   $1,948.62

{} Asset reference(s)

Printed: 04/16/2015 08:02 AM   V.13.21

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  
**Taxpayer ID #:** **-***9185  
**Period Ending:** 04/16/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0165 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 24,242.06 | 1,948.62 | $22,293.44 |
| | | | Less: Bank Transfers | | 24,242.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,948.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,948.62** | |

{} Asset reference(s)

Printed: 04/16/2015 08:02 AM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 10-75914 | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| **Case Name:** | MUELLER, LARRY A. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******0166 - Checking Account |
| **Taxpayer ID #:** | **-***9185 | **Blanket Bond:** | $820,095.60 (per case limit) |
| **Period Ending:** | 04/16/15 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 30,472.05 |
|---:|---:|
| Plus Gross Adjustments : | 322,980.81 |
| Less Other Noncompensable Items : | 175.09 |
| Net Estate : | $353,277.77 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ****-******23-65** | 30,472.05 | 956.72 | 0.00 |
| **Checking # ****-******23-66** | 0.00 | 5,273.27 | 0.00 |
| **Checking # ******0165** | 0.00 | 1,948.62 | 22,293.44 |
| **Checking # ******0166** | 0.00 | 0.00 | 0.00 |
| | **$30,472.05** | **$8,178.61** | **$22,293.44** |

# Exhibit "C" - Analysis of Claims Register

## Case: 10-75914    MUELLER, LARRY A.

**Case Balance:** $22,293.44     **Total Proposed Payment:** $22,293.44     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 100.09 | 100.09 | 0.00 | 100.09 | 27.20 | 22,266.24 |
|  | JOSEPH D. OLSEN <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 20,913.89 | 20,913.89 | 0.00 | 20,913.89 | 5,684.02 | 16,582.22 |
|  | Yalden, Olsen & Willette <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,337.50 | 2,337.50 | 0.00 | 2,337.50 | 635.29 | 15,946.93 |
|  | Illinois Department of Revenue <br> <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | Admin Ch. 7 | 0.00 | 14,911.37 | 0.00 | 14,911.37 | 4,052.65 | 11,894.28 |
|  | Department of the Treasury <br> <2810-00  Income Taxes - Internal Revenue Service (post-petition)> | Admin Ch. 7 | 0.00 | 43,764.00 | 0.00 | 43,764.00 | 11,894.28 | 0.00 |
| 1 | Discover Bank | Unsecured | 11,764.31 | 11,764.31 | 0.00 | 11,764.31 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | Unsecured | 11,793.46 | 11,793.46 | 0.00 | 11,793.46 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | Unsecured | 16,446.91 | 16,446.91 | 0.00 | 16,446.91 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 17,374.23 | 17,374.23 | 0.00 | 17,374.23 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 5,591.78 | 5,591.78 | 0.00 | 5,591.78 | 0.00 | 0.00 |
| 6 | Gary Wilkinson | Unsecured | 32,782.34 | 32,782.34 | 0.00 | 32,782.34 | 0.00 | 0.00 |
| 7 | FIA Card Services, NA/Bank of America | Unsecured | 34,497.68 | 34,497.68 | 0.00 | 34,497.68 | 0.00 | 0.00 |
| 8 | Donna J. Gauerke, Trustee of Trust No. 93 | Unsecured | 27,895.84 | 27,895.84 | 0.00 | 27,895.84 | 0.00 | 0.00 |
|  | **Total for Case 10-75914 :** |  | **$181,498.03** | **$240,173.40** | **$0.00** | **$240,173.40** | **$22,293.44** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $23,351.48 | $82,026.85 | $0.00 | $22,293.44 | 27.178223% |
| **Total Unsecured Claims :** | $158,146.55 | $158,146.55 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-75914
Case Name: MUELLER, LARRY A.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $ 22,293.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 22,293.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 20,913.89 | 0.00 | 5,684.02 |
| Trustee, Expenses - JOSEPH D. OLSEN | 100.09 | 0.00 | 27.20 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,337.50 | 0.00 | 635.29 |
| Other Expenses: Department of the Treasury | 43,764.00 | 0.00 | 11,894.28 |
| Other Expenses: Illinois Department of Revenue | 14,911.37 | 0.00 | 4,052.65 |

Total to be paid for chapter 7 administration expenses:  $ 22,293.44
Remaining balance:  $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,146.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,764.31 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 11,793.46 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 16,446.91 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 17,374.23 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 5,591.78 | 0.00 | 0.00 |
| 6 | Gary Wilkinson | 32,782.34 | 0.00 | 0.00 |
| 7 | FIA Card Services, NA/Bank of America | 34,497.68 | 0.00 | 0.00 |
| 8 | Donna J. Gauerke, Trustee of Trust No. 93 | 27,895.84 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**