# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MUELLER, LARRY A.   § Case No. 10-75914
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $258,557.00　　　　　　　　Assets Exempt: $20,801.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $317,640.23　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $158,146.55

Total Expenses of Administration: $35,637.54

---

　　　3) Total gross receipts of $ 353,452.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 175.09 (see **Exhibit 2**), yielded net receipts of $353,277.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $317,640.23 | $317,640.23 | $317,640.23 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,695.58 | 95,370.95 | 35,637.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 158,146.55 | 158,146.55 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $512,482.36 | $571,157.73 | $353,277.77 |

4) This case was originally filed under Chapter 7 on November 30, 2010. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2015        By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial property: 4673-4699 Colt Road (2, uni | 1110-000 | 340,000.00 |
| Rents - Speedy Metals/COZ | 1222-000 | 13,451.22 |
| Interest Income | 1270-000 | 1.64 |
| **TOTAL GROSS RECEIPTS** | | **$353,452.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rock River Water Reclamation District | Payment of utility invoice | 8500-002 | 157.51 |
| City of Rockford | pymt of final water bill Acct #066-265400 | 8500-002 | 17.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$175.09** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpine Bank | 4110-000 | N/A | 2,498.51 | 2,498.51 | 2,498.51 |
| | Alpine Bank | 4110-000 | N/A | 2,379.53 | 2,379.53 | 2,379.53 |
| | Chicago Title Insurance Co. | 4110-000 | N/A | 298,441.64 | 298,441.64 | 298,441.64 |
| | Chicago Title Insurance Co. | 4700-070 | N/A | 12,010.55 | 12,010.55 | 12,010.55 |
| | Chicago Title Insurance Co. | 4110-000 | N/A | 200.00 | 200.00 | 200.00 |
| | Chicago Title Insurance Co. | 4110-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| | Chicago Title Insurance Co. | 4110-000 | N/A | 250.00 | 250.00 | 250.00 |
| | Chicago Title Insurance Co. | 4800-000 | N/A | 340.00 | 340.00 | 340.00 |
| | Chicago Title Insurance Co. | 4110-000 | N/A | 170.00 | 170.00 | 170.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $0.00 | $317,640.23 | $317,640.23 | $317,640.23 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 20,913.89 | 20,913.89 | 5,684.02 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 100.09 | 100.09 | 27.20 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,337.50 | 2,337.50 | 635.29 |
| Illinois Department of Revenue | 2820-000 | N/A | 0.00 | 14,911.37 | 4,052.65 |
| Department of the Treasury | 2810-000 | N/A | 0.00 | 43,764.00 | 11,894.28 |
| City of Rockford - Payment Center | 2420-000 | N/A | 65.05 | 65.05 | 65.05 |
| City of Rockford | 2990-000 | N/A | 134.31 | 134.31 | 134.31 |
| Chicago Title Insurance Co. | 2500-000 | N/A | 2,178.93 | 2,178.93 | 2,178.93 |
| Chicago Title Insurance Co. | 2410-000 | N/A | 3,956.55 | 3,956.55 | 3,956.55 |
| Chicago Title Insurance Co. | 2820-000 | N/A | 4,047.39 | 4,047.39 | 4,047.39 |
| Chicago Title Insurance Co. | 2990-000 | N/A | 35.75 | 35.75 | 35.75 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.78 | 20.78 | 20.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.36 | 48.36 | 48.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.86 | 56.86 | 56.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.56 | 51.56 | 51.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.74 | 49.74 | 49.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.78 | 54.78 | 54.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.24 | 51.24 | 51.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.40 | 54.40 | 54.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.18 | 49.18 | 49.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.78 | 50.78 | 50.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.98 | 48.98 | 48.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.64 | 55.64 | 55.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 31.25 | 31.25 | 31.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.74 | 48.74 | 48.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.65 | 53.65 | 53.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.86 | 51.86 | 51.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.74 | 46.74 | 46.74 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 54.98 | 54.98 | 54.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.87 | 49.87 | 49.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.11 | 48.11 | 48.11 |
| Rabobank, N.A. | 2600-000 | N/A | 37.18 | 37.18 | 37.18 |
| Rabobank, N.A. | 2600-000 | N/A | 32.49 | 32.49 | 32.49 |
| Rabobank, N.A. | 2600-000 | N/A | 33.60 | 33.60 | 33.60 |
| Rabobank, N.A. | 2600-000 | N/A | 37.03 | 37.03 | 37.03 |
| Rabobank, N.A. | 2600-000 | N/A | 35.82 | 35.82 | 35.82 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 23.09 | 23.09 | 23.09 |
| Rabobank, N.A. | 2600-000 | N/A | 32.28 | 32.28 | 32.28 |
| Rabobank, N.A. | 2600-000 | N/A | 37.98 | 37.98 | 37.98 |
| Rabobank, N.A. | 2600-000 | N/A | 34.47 | 34.47 | 34.47 |
| Rabobank, N.A. | 2600-000 | N/A | 33.28 | 33.28 | 33.28 |
| Rabobank, N.A. | 2600-000 | N/A | 37.82 | 37.82 | 37.82 |
| Rabobank, N.A. | 2600-000 | N/A | 32.04 | 32.04 | 32.04 |
| Benning Group, LLC | 3310-000 | N/A | 1,025.00 | 1,025.00 | 1,025.00 |
| Rabobank, N.A. | 2600-000 | N/A | 37.71 | 37.71 | 37.71 |
| Rabobank, N.A. | 2600-000 | N/A | 34.14 | 34.14 | 34.14 |
| Rabobank, N.A. | 2600-000 | N/A | 30.52 | 30.52 | 30.52 |
| Rabobank, N.A. | 2600-000 | N/A | 31.57 | 31.57 | 31.57 |
| Rabobank, N.A. | 2600-000 | N/A | 34.79 | 34.79 | 34.79 |
| Rabobank, N.A. | 2600-000 | N/A | 32.56 | 32.56 | 32.56 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.35 | 21.35 | 21.35 |
| Rabobank, N.A. | 2600-000 | N/A | 31.41 | 31.41 | 31.41 |
| Rabobank, N.A. | 2600-000 | N/A | 35.68 | 35.68 | 35.68 |
| Rabobank, N.A. | 2600-000 | N/A | 31.31 | 31.31 | 31.31 |
| Rabobank, N.A. | 2600-000 | N/A | 34.50 | 34.50 | 34.50 |
| Rabobank, N.A. | 2600-000 | N/A | 33.37 | 33.37 | 33.37 |
| Rabobank, N.A. | 2600-000 | N/A | 29.02 | 29.02 | 29.02 |
| Rabobank, N.A. | 2600-000 | N/A | 36.50 | 36.50 | 36.50 |
| Rabobank, N.A. | 2600-000 | N/A | 32.15 | 32.15 | 32.15 |
| Rabobank, N.A. | 2600-000 | N/A | 29.96 | 29.96 | 29.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $36,695.58 | $95,370.95 | $35,637.54 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,764.31 | 11,764.31 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 11,793.46 | 11,793.46 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 16,446.91 | 16,446.91 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 17,374.23 | 17,374.23 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,591.78 | 5,591.78 | 0.00 |
| 6 | Gary Wilkinson | 7100-000 | N/A | 32,782.34 | 32,782.34 | 0.00 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 34,497.68 | 34,497.68 | 0.00 |
| 8 | Donna J. Gauerke, Trustee of Trust No. 93 | 7100-000 | N/A | 27,895.84 | 27,895.84 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $158,146.55 | $158,146.55 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/30/10 (f)  
**§341(a) Meeting Date:** 01/03/11

**Period Ending:** 06/12/15  
**Claims Bar Date:** 05/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence at 1475 Sweetclover L, R | 235,000.00 | 0.00 | | 0.00 | FA |
| 2 | Commercial property: 4673-4699 Colt Road (2, uni | 330,000.00 | 0.00 | | 340,000.00 | FA |
| 3 | Time share Disney Vacation | 13,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Personal checking account at Alpine Bank | 27.00 | 0.00 | | 0.00 | FA |
| 6 | Personal checking account at Alpine Bank | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Colt Road rental income account at Alpine Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Donna J. Gauerke Trust/Commercial Landlord | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | 50 inch LED TV | 1,600.00 | 0.00 | | 0.00 | FA |
| 10 | Four TV's; digital camera; personal computer; st | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | Standard wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Gold ring with precious stones | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Treadmill | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential Variable Life Policy with no net cash | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Northwestern Mutual Variable Life Policy with no | 1.00 | 0.00 | | 0.00 | FA |
| 16 | Steel Capital Managment, Inc IRA | 800.00 | 0.00 | | 0.00 | FA |
| 17 | 100% ownership interest in Larry Mueller, LLC | 1.00 | 0.00 | | 0.00 | FA |
| 18 | Larry Mueller, LLC d/b/a Realty Executives ($300 | 1.00 | 0.00 | | 0.00 | FA |
| 19 | Leasehold interest in 2008 Saturn Outlook | 1.00 | 0.00 | | 0.00 | FA |
| 20 | Rents - Speedy Metals/COZ  (u) | Unknown | N/A | | 13,451.22 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.64 | FA |
| 21 | Assets    Totals (Excluding unknown values) | **$588,557.00** | **$0.00** | | **$353,452.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has filed a Motion against the Internal Revenue Service and the State of Illinois to establish their administrative claims in a Chapter 7 so that I may make distribution on the insolvent Chapter 7 estate. That Motion is set for hearing on 1/28/15. If the Trustee receives cooperation from the taxing authorities the final report will be filed shortly thereafter.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/30/10 (f)  
**§341(a) Meeting Date:** 01/03/11

**Period Ending:** 06/12/15  
**Claims Bar Date:** 05/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** March 5, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-75914
**Case Name:** MUELLER, LARRY A.
**Taxpayer ID #:** **-***9185
**Period Ending:** 06/12/15

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******23-65 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/11 | {20} | Speedy Metals, LLC | Mar. rent | 1222-000 | 2,178.93 | | 2,178.93 |
| 03/07/11 | {20} | NuCO2 Supply LLC | rent pymt. | 1222-000 | 2,201.53 | | 4,380.46 |
| 03/10/11 | | To Account #**********2366 | Mortgage pymt. | 9999-000 | | 2,498.51 | 1,881.95 |
| 03/29/11 | {20} | Speedy Metals, LLC | pymt. of utilities (water & garbage) | 1222-000 | 309.84 | | 2,191.79 |
| 03/29/11 | {20} | Speedy Metals, LLC | April rent pymt | 1222-000 | 2,178.93 | | 4,370.72 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,370.73 |
| 04/01/11 | | To Account #**********2366 | pymt of utility invoice (City of Rkfd) | 9999-000 | | 65.05 | 4,305.68 |
| 04/04/11 | {20} | NuCO2 Supply, LLC | mo. pymt for rent | 1222-000 | 2,201.53 | | 6,507.21 |
| 04/08/11 | | To Account #**********2366 | Transfer funds to pay mortgage on commercial bldg. | 9999-000 | | 2,379.53 | 4,127.68 |
| 04/25/11 | {20} | Speedy Metals, LLC | monthly rental pymt. | 1222-000 | 2,178.93 | | 6,306.61 |
| 04/25/11 | | To Account #**********2366 | pymt. of water bill from City of Rkfd | 9999-000 | | 134.31 | 6,172.30 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,172.33 |
| 05/02/11 | {20} | nuc02 supply llc | rent payment | 1222-000 | 2,201.53 | | 8,373.86 |
| 05/02/11 | {20} | nuc02 supply llc | Reversed Deposit Rev. 3 Reversed Deposit 100007 1 rent payment | 1222-000 | 2,201.53 | | 10,575.39 |
| 05/02/11 | {20} | nuc02 supply llc | Reversed Deposit 100007 1 rent payment | 1222-000 | -2,201.53 | | 8,373.86 |
| 05/13/11 | | Chicago Title Insurance Co. | Colt Rd. proceeds | | 17,019.19 | | 25,393.05 |
| | {2} | | 340,000.00 | 1110-000 | | | 25,393.05 |
| | | | payoff to Alpine Bank & Trust    -298,441.64 | 4110-000 | | | 25,393.05 |
| | | | Earnest Money deposit retained by Seller    -2,178.93 | 2500-000 | | | 25,393.05 |
| | | | Proratiaon of rents    -3,956.55 | 2410-000 | | | 25,393.05 |
| | | | 1/1/11-5/411 County taxes    -4,047.39 | 2820-000 | | | 25,393.05 |
| | | | 2010 County taxes    -12,010.55 | 4700-070 | | | 25,393.05 |
| | | | Title charges: Settlement fees    -200.00 | 4110-000 | | | 25,393.05 |
| | | | Title Insurance    -1,350.00 | 4110-000 | | | 25,393.05 |
| | | | Extended coverage    -250.00 | 4110-000 | | | 25,393.05 |
| | | | Recording of Deed    -340.00 | 4800-000 | | | 25,393.05 |
| | | | City/County tax stamps    -170.00 | 4110-000 | | | 25,393.05 |
| | | | Recorder's Office    -35.75 | 2990-000 | | | 25,393.05 |
| 05/13/11 | | To Account #**********2366 | Transfer funds to pay utility invoice | 9999-000 | | 157.51 | 25,235.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 25,235.65 |
| 06/01/11 | | To Account #**********2366 | pay bond premium | 9999-000 | | 20.78 | 25,214.87 |

Subtotals : $30,470.56 $5,255.69

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  
**Taxpayer ID #:** **-***9185  
**Period Ending:** 06/12/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******23-65 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/11 | {20} | NuCO2 Supply, LLC | mo. pymt for rent | 1222-000 | 2,201.53 | | 27,416.40 |
| 06/07/11 | {20} | NuCO2 Supply, LLC | Reversed Deposit 100009 1 mo. pymt for rent | 1222-000 | -2,201.53 | | 25,214.87 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 25,215.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,215.24 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.36 | 25,166.88 |
| 08/03/11 | | To Account #**********2366 | Transfer funds to pay water invoice - final bill | 9999-000 | | 17.58 | 25,149.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,149.49 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.59 | 25,090.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.73 | 25,092.63 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 25,092.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.56 | 25,041.25 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,041.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.74 | 24,991.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 24,991.88 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.78 | 24,937.10 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,937.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.24 | 24,886.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,886.24 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.40 | 24,831.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.18 | 24,782.66 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.78 | 24,731.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.98 | 24,682.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.64 | 24,627.26 |
| 06/05/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #10-75914, #016018067 | 2300-000 | | 31.25 | 24,596.01 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.74 | 24,547.27 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.65 | 24,493.62 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.86 | 24,441.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.74 | 24,395.02 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.98 | 24,340.04 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.87 | 24,290.17 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.11 | 24,242.06 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 24,242.06 | 0.00 |

Subtotals : $1.49 $25,216.36

{} Asset reference(s)            Printed: 06/12/2015 08:40 AM V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-75914 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MUELLER, LARRY A. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******23-65 - Checking Account |
| **Taxpayer ID #:** | **-***9185 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 06/12/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 30,472.05 | 30,472.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 29,515.33 | |
| | | | **Subtotal** | | 30,472.05 | 956.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,472.05** | **$956.72** | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-75914 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUELLER, LARRY A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******23-66 - Checking Account |
| Taxpayer ID #: | **-***9185 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 06/12/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/11 | | From Account #**********2365 | Mortgage pymt. | 9999-000 | 2,498.51 | | 2,498.51 |
| 03/10/11 | 101 | Alpine Bank | Mortgage payment | 4110-000 | | 2,498.51 | 0.00 |
| 04/01/11 | | From Account #**********2365 | pymt of utility invoice (City of Rkfd) | 9999-000 | 65.05 | | 65.05 |
| 04/01/11 | 102 | City of Rockford - Payment Center | pymt. of utility invoice | 2420-000 | | 65.05 | 0.00 |
| 04/08/11 | | From Account #**********2365 | Transfer funds to pay mortgage on commercial bldg. | 9999-000 | 2,379.53 | | 2,379.53 |
| 04/08/11 | 103 | Alpine Bank | pymt. of mortgage on commercial bldg. | 4110-000 | | 2,379.53 | 0.00 |
| 04/25/11 | | From Account #**********2365 | pymt. of water bill from City of Rkfd | 9999-000 | 134.31 | | 134.31 |
| 04/25/11 | 104 | City of Rockford | pymt of water invoice - Colt Road property | 2990-000 | | 134.31 | 0.00 |
| 05/13/11 | | From Account #**********2365 | Transfer funds to pay utility invoice | 9999-000 | 157.51 | | 157.51 |
| 05/13/11 | 105 | Rock River Water Reclamation District | Payment of utility invoice | 8500-002 | | 157.51 | 0.00 |
| 06/01/11 | | From Account #**********2365 | pay bond premium | 9999-000 | 20.78 | | 20.78 |
| 06/01/11 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75914, BOND #016018067 | 2300-000 | | 20.78 | 0.00 |
| 08/03/11 | | From Account #**********2365 | Transfer funds to pay water invoice - final bill | 9999-000 | 17.58 | | 17.58 |
| 08/04/11 | 107 | City of Rockford | pymt of final water bill Acct #066-265400 | 8500-002 | | 17.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,273.27 | 5,273.27 | $0.00 |
| | | | Less: Bank Transfers | | 5,273.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,273.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,273.27 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-75914  
**Case Name:** MUELLER, LARRY A.  
**Taxpayer ID #:** **-***9185  
**Period Ending:** 06/12/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0165 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,242.06 | | 24,242.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.18 | 24,204.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.49 | 24,172.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.60 | 24,138.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.03 | 24,101.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.82 | 24,065.94 |
| 06/05/13 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #10-75914, Bond #016018067 | 2300-000 | | 23.09 | 24,042.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.28 | 24,010.57 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 23,972.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.47 | 23,938.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.28 | 23,904.84 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.82 | 23,867.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.04 | 23,834.98 |
| 12/31/13 | 11003 | Benning Group, LLC | pymt of accountants fees per 12/30 order | 3310-000 | | 1,025.00 | 22,809.98 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.71 | 22,772.27 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.14 | 22,738.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.52 | 22,707.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.57 | 22,676.04 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.79 | 22,641.25 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 22,608.69 |
| 06/03/14 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #10-75914, Bond #016018067 | 2300-000 | | 21.35 | 22,587.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.41 | 22,555.93 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.68 | 22,520.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.31 | 22,488.94 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.50 | 22,454.44 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.37 | 22,421.07 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.02 | 22,392.05 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.50 | 22,355.55 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.15 | 22,323.40 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.96 | 22,293.44 |
| 05/08/15 | 11005 | Yalden, Olsen & Willette | Dividend paid 27.17% on $2,337.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 635.29 | 21,658.15 |

Subtotals :    $24,242.06    $2,583.91

{} Asset reference(s)    Printed: 06/12/2015 08:40 AM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-75914
**Case Name:** MUELLER, LARRY A.
**Taxpayer ID #:** **-***9185
**Period Ending:** 06/12/15

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******0165 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/15 | 11006 | JOSEPH D. OLSEN | Dividend paid 27.17% on $20,913.89, Trustee Compensation; Reference: | 2100-000 | | 5,684.02 | 15,974.13 |
| 05/08/15 | 11007 | JOSEPH D. OLSEN | Dividend paid 27.17% on $100.09, Trustee Expenses; Reference: | 2200-000 | | 27.20 | 15,946.93 |
| 05/08/15 | 11008 | Illinois Department of Revenue | Dividend paid 27.17% on $14,911.37, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 4,052.65 | 11,894.28 |
| 05/08/15 | 11009 | Department of the Treasury | Dividend paid 27.17% on $43,764.00, Income Taxes - Internal Revenue Service (post-petition); Reference: | 2810-000 | | 11,894.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,242.06 | 24,242.06 | $0.00 |
| | | | Less: Bank Transfers | | 24,242.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,242.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,242.06** | |

{} Asset reference(s)    Printed: 06/12/2015 08:40 AM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| | |
|---|---|
| **Case Number:** 10-75914 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MUELLER, LARRY A. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0166 - Checking Account |
| **Taxpayer ID #:** **-***9185 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 06/12/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  |  |
|---:|---:|
| Net Receipts : | 30,472.05 |
| Plus Gross Adjustments : | 322,980.81 |
| Less Other Noncompensable Items : | 175.09 |
| Net Estate : | $353,277.77 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******23-65** | 30,472.05 | 956.72 | 0.00 |
| **Checking # ****-******23-66** | 0.00 | 5,273.27 | 0.00 |
| **Checking # ******0165** | 0.00 | 24,242.06 | 0.00 |
| **Checking # ******0166** | 0.00 | 0.00 | 0.00 |
| | $30,472.05 | $30,472.05 | $0.00 |

{} Asset reference(s)

Printed: 06/12/2015 08:40 AM    V.13.23